```
            THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KELLY LINKENMEYER, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-1657 (JBS) |
| v. | |
| NOVARTIS PHARMACEUTICALS, CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG, | **ORDER** |
| Defendants. | |
| VICTORIA ANDERSON, | |
| Plaintiff, | Civil No. 07-2774 (JBS) |
| v. | |
| NOVARTIS PHARMACEUTICALS, CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG, | |
| Defendants. | |

THIS MATTER having come before the Court on the motions of Plaintiffs Kelly Linkenmeyer and Victoria Anderson to remand their cases to the Superior Court of New Jersey, Atlantic County [Docket Items 15 and 7]; and the Court having considered the submissions of the parties; and for the reasons set forth in the Opinion of today's date; and for good cause shown;

IT IS on this ___**10th**___ day of **March, 2008,** hereby

ORDERED that the motions to remand are dismissed without prejudice to refiling; and it is further

ORDERED that all proceedings in these cases are temporarily stayed pending the decision of the Court of Appeals for the Third Circuit in McNellis and Colacicco.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge